# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE LOUISA GENTLE,<br><br>                               Petitioner,<br>v.<br><br>JEFFERSON B. SESSIONS, III, et al.,<br><br>                              Respondents. | Case No.: 19cv2213-GPC (JLB)<br><br>**ORDER GRANTING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS AND SETTING BRIEFING SCHEDULE** |

On November 11, 2019, Petitioner, a person detained by the United States Immigration and Customs Enforcement Agency, proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but failed to pay the $5.00 filing fee or submit an application to proceed in forma pauperis. (ECF No. 1.) On November 22, 2019, the Court dismissed this action without prejudice for failure to satisfy the filing fee requirement. (ECF No. 2.) Petitioner was instructed that to proceed with this action she was required to pay the filing fee or submit an application to proceed in forma pauperis on or before December 31, 2019. (*Id.*)

Petitioner has now filed a motion to proceed in forma pauperis ("IFP"). (ECF No. 3.) The filing fee associated with this type of action is $5.00. See 28 U.S.C. § 1914(a). Because it appears Petitioner is unable to pay the requisite filing fee, the Court **GRANTS** the request to proceed in forma pauperis.

In the petition, Petitioner seeks immediate release from ICE custody. (ECF No. 1.) Accompanying her motion to proceed IFP, Petitioner filed an "emergency motion to expedite ruling on petition for temporary restraining order", in other words, a temporary restraining order enjoining ICE from removing her from the United States until the Court decides the merits of her petition because her removal is imminent. (ECF No. 4.) Accordingly, IT IS HEREBY ORDERED that Respondent shall file a response to the TRO on or before **December 18, 2019**.

IT IS SO ORDERED.

Dated: December 13, 2019

Hon. Gonzalo P. Curiel
United States District Judge